D0317-2025-MPC298

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| GS1 | E1648835 | Thomas | T3540 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  CFR / USC / State Code | Vehicle Code |
|---|---|---|
| 06/13/2025 1004 | OCGA 40-6-15 | |

Place of Offense: Wilson Gate

Offense Description: Factual Basis for Charge — HAZMAT
Driving motor vehicle on suspended, canceled, or revoked registration

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Bowie Junior | Kenneth | L |

[Address redacted]

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| GLN438 | GA | 20 | Chevy Traverse | White |

**A** ☒ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

**B** ☐ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
$ 30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| Federal District Courthouse, 52 North Main Street, Statesboro, GA 30458 | TBD | TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X [Defendant Signature]

Original - CVB Copy

*E1648835*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 13 June 2025 while exercising my duties as a law enforcement officer in the Southern District of Georgia

On 13 June 2025, at approximately 10:04hrs, PFC Thomas was dispatched to Wilson Gate for suspended registration. A GCIC check revealed the registration to be suspended. This is the final report.

_____
CW2
AHC _____
603rd MIB ASB  3CAB  3ID

The foregoing statement is based upon:
☐ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/13/2025   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident